UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Howard Johnson International,
Inc., formerly known as
Howard Johnson Franchise
Systems, Inc.,

Plaintiff,

vs. ORDER

Phyllis Coduto, an individual,
Don Coduto, an individual, and
Neil Yuan, an individual,

Defendants. Civ. No. 00-2586 (ADM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 8th day of January, 2001.

* * *

Pursuant to the parties' stipulation, the Defendants shall have until January 10, 2001 to serve and file an Answer, or other responsive pleading, to the Plaintiff's Complaint.

NOW, THEREFORE, It is --

ORDERED:

That the parties' Joint Motion for Enlargement of Time [Docket No. 5] is GRANTED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

JAN 08 2001
FRANCIS E. DOSAL, CLERK