UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOWARD JOHNSON INTERNATIONAL, INC., formerly known as HOWARD JOHNSON FRANCHISE SYSTEMS, INC.,

Plaintiff,

vs.

PHYLLIS CODUTO, an individual, DON CODUTO, an individual, and NEIL YUAN, an individual,

Defendants.

Civil Action No.: 00-2586 ADM/RLE

**STIPULATION AND MOTION FOR EXTENSION OF TIME FOR EXPERT DISCLOSURES**

Pursuant to Fed. R. Civ. P. 29, Plaintiff Howard Johnson International, Inc. ("HJI") and Defendants Don and Phyllis Coduto ("the Codutos") hereby stipulate and move to amend the Pretrial Schedule, dated April 4, 2001, to extend the dates for the Codutos' expert disclosures. As grounds for the Motion, the parties state as follows:

1. The Pretrial Schedule states that expert disclosures were to be made by HJI on September 1, 2001, and by the Codutos on October 1, 2001.

2. On September 5, 2001, HJI's counsel called counsel for the Codutos to request additional time to make HJI's required expert disclosures.

3. After further discussions, the Codutos agreed to this request and HJI agreed to disclose its expert(s) during the week of September 17 - 21.

4. On September 19, HJI notified the Codutos by letter that it would not be employing any experts, but instead planned to call two current HJI employees, C. Wayne Miller and Jean Burkhart, to testify as to various damages issues. At the same time, HJI supplemented its

FILED OCT 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK J.H.

Rule 26 disclosures to identify these individuals and the evidence they are expected to provide.

5. Because the Codutos will not receive expert reports from these individuals and will not be able to depose them before October 1, their expert is unable to provide an informed opinion regarding HJI's calculation of damages.

THEREFORE, the parties agree as follows:

1. The Codutos shall have until October 9, 2001, to disclose the identity of their expert and to make the disclosures required by Fed. R. Civ. P. 26(a)(2)(B) and the Scheduling Order.

2. HJI shall supplement its computation of damages required by Fed. R. Civ. P. 26(a)(1) to fully reflect the opinions held by Mr. Miller and Ms. Burkhart. At a minimum, this supplementation shall include an estimation of HJI's alleged Lanham Act damages and the basis thereof. HJI shall make this supplementation by October 9, 2001.

3. The Codutos shall have until October 23, 2001, to supplement their expert disclosures to more fully respond to HJI's damages estimates.

4. This stipulation and proposed order will not affect any other dates contained in the Scheduling Order.

Respectfully submitted,

Kirk W. Reilly, #153370
Gray, Plant, Mooty, Mooty & Bennett, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

**ATTORNEY FOR PLAINTIFF**
**HOWARD JOHNSON INT'L, INC.**

Richard A. Lockridge, #64117
Martin A. Carlson, #0299650
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
(612) 339-6900

**ATTORNEYS FOR DEFENDANTS**
**PHYLLIS AND DON CODUTO**

SO ORDERED, this 1st day of Oct., 2001.

Raymond L. Erickson

Honorable Raymond L. Erickson
United States Magistrate Judge