UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOWARD JOHNSON INTERNATIONAL, INC., formerly known as HOWARD JOHNSON FRANCHISE SYSTEMS, INC.,

Plaintiff,

vs.

PHYLLIS CODUTO, an individual, DON CODUTO, an individual, and NEIL YUAN, an individual,

Defendants.

Civil Action No.: 00-2586 ADM/RLE

**STIPULATION AND MOTION FOR EXTENSION OF TIME FOR DISCOVERY**

Pursuant to Fed. R. Civ. P. 29, Plaintiff Howard Johnson International, Inc. ("HJI") and Defendants Don and Phyllis Coduto ("the Codutos") and Neil Yuan ("Yuan") hereby stipulate and move to amend the Pretrial Schedule, dated April 4, 2001, to extend the dates for completion of discovery. As grounds for the Motion, the parties state that while they have discussed and agreed on the depositions to be taken in this matter, several of the deponents have scheduling conflicts which will make discovery difficult or impossible to complete by November 1, 2001.

THEREFORE, the parties agree as follows:

1. The period during which the parties may conduct discovery shall terminate on January 2, 2002.

2. All nondispositive motions shall be filed and the hearing thereon completed prior to January 2, 2002.

3. This stipulation will not affect any other dates contained in the Scheduling Order.

FILED OCT 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Respectfully submitted,

Kirk W. Reilly, #153370
Gray, Plant, Mooty, Mooty & Bennett, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

**ATTORNEY FOR PLAINTIFF HOWARD JOHNSON INT'L, INC.**

Richard A. Lockridge, #64117
Martin A. Carlson, #0299650
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
(612) 339-6900

**ATTORNEYS FOR DEFENDANTS PHYLLIS AND DON CODUTO**

Eric K. Fosaaen
Gunhus, Grinnell, Klinger, Swenson & Guy, Ltd.
215 - 30th Street North
P.O. Box 1077
Moorhead, MN 56561-1077

**ATTORNEY FOR DEFENDANT NEIL YUAN**

IT IS SO ORDERED this 29th day of October, 2001.

Honorable Raymond L. Erickson
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOWARD JOHNSON INTERNATIONAL, INC., formerly known as HOWARD JOHNSON FRANCHISE SYSTEMS, INC.,

Plaintiff,

vs.

PHYLLIS CODUTO, an individual, DON CODUTO, an individual, and NEIL YUAN, an individual,

Defendants.

Civil Action No.: 00-2586 ADM/RLE

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Nou Xiong, being first duly sworn on oath, deposes and states that on the 26th day of October, 2001 she caused to be served as indicated Stipulation and Motion for Extension of Time for Discovery upon the following:

**VIA MESSENGER**
Kirk W. Reilly
Gray, Plant, Mooty, Mooty & Bennett, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402

**VIA U.S. MAIL**
Eric K. Fosaaen
Gunhus, Grinnell, Klinger, Swenson & Guy, Ltd.
215 30th Street North
P.O. Box 1077
Moorhead, MN 56561-1077

Nou Xiong

Subscribed and sworn to before me this 26th day of October, 2001.

Barbara R. Gilles
Notary Public

BARBARA R. GILLES
Notary Public
Minnesota
My Commission Expires Jan 31, 2005