UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOWARD JOHNSON INTERNATIONAL, INC., formerly known as HOWARD JOHNSON FRANCHISE SYSTEMS, INC.,

Plaintiff,

vs.

PHYLLIS CODUTO, an individual, DON CODUTO, an individual, and NEIL YUAN, an individual,

Defendants.

Civil Action No.: 00-2586 ADM/RLE

**STIPULATION AND MOTION FOR EXTENSION OF TIME FOR DISCOVERY**

and ORDER

Pursuant to Fed. R. Civ. P. 29, Plaintiff Howard Johnson International, Inc. ("HJI") and Defendants Don and Phyllis Coduto ("the Codutos") and Neil Yuan ("Yuan") hereby stipulate and move to amend the Pretrial Schedule, dated April 4, 2001, and modified by Orders dated October 29, 2001 and December 27, 2001, to extend the date for completion of discovery.

As grounds for the Motion, the parties state that discovery in this matter is entirely complete except for the deposition of Neil Yuan. While the parties worked diligently through the month of January to fully settle their disputes, they concluded in approximately mid-January that a settlement would not be possible at that time. Consequently, counsel for the Codutos contacted Mr. Yuan's counsel to re-schedule his deposition. At the request of Mr. Yuan's counsel and in an effort to accommodate Mr. Yuan's schedule, the Codutos and HJI agreed to take Mr. Yuan's deposition on February 14, 2002. Shortly before that deposition, however, counsel for the Codutos and HJI were notified that Mr. Yuan's counsel, Eric Fosaaen, had been unexpectedly taken to the hospital and was not expected to be back at work by February 14. As of the date of this Motion, Mr. Fosaaen has not returned to work and is expected to return in the near future. Subject to the Court's approval, Mr.

FILED FEB 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Yuan's deposition has been rescheduled for March 5, 2002 (with Mr. Yuan being represented by a colleague of Mr. Fosaaen). Because of these extenuating circumstances, the parties jointly request the following changes to the Scheduling Order:

1. The period during which the parties may conduct discovery shall terminate on April 1, 2002;

2. All nondispositive motions shall be filed and the hearing thereon completed prior to April 1, 2002;

3. All dispositive Motions shall be filed and the Hearing thereon completed prior to June 1, 2002; and

4. This case shall be ready for Trial on July 1, 2002.

Respectfully submitted,

Kirk W. Reilly, #153770
Gray, Plant, Mooty, Mooty & Bennett, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

**ATTORNEY FOR PLAINTIFF HOWARD JOHNSON INT'L, INC.**

Richard A. Lockridge, #64117
Martin A. Carlson, #0299650
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
(612) 339-6900

**ATTORNEYS FOR DEFENDANTS PHYLLIS AND DON CODUTO**

Gunhus, Grinnell, Klinger, Swenson & Guy, Ltd.
215 - 30th Street North
P.O. Box 1077
Moorhead, MN 56561-1077

**ATTORNEYS FOR DEFENDANT NEIL YUAN**

Yuan's deposition has been rescheduled for March 5, 2002 (with Mr. Yuan being represented by a colleague of Mr. Fosaaen). Because of these extenuating circumstances, the parties jointly request the following changes to the Scheduling Order:

1. The period during which the parties may conduct discovery shall terminate on April 1, 2002;

2. All nondispositive motions shall be filed and the hearing thereon completed prior to April 1, 2002;

3. All dispositive Motions shall be filed and the Hearing thereon completed prior to June 1, 2002; and

4. This case shall be ready for Trial on July 1, 2002.

Respectfully submitted,

Kirk W. Reilly, #153370
Gray, Plant, Mooty, Mooty & Bennett, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

**ATTORNEY FOR PLAINTIFF HOWARD JOHNSON INT'L, INC.**

Richard A. Lockridge, #64117
Martin A. Carlson, #0299650
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
(612) 339-6900

**ATTORNEYS FOR DEFENDANTS PHYLLIS AND DON CODUTO**

Gunhus, Grinnell, Klinger, Swenson & Guy, Ltd.
215 - 30th Street North
P.O. Box 1077
Moorhead, MN 56561-1077

**ATTORNEYS FOR DEFENDANT NEIL YUAN**

IT IS SO ORDERED this 28th day of February, 2002.

Raymond L. Erickson

Honorable Raymond L. Erickson
United States Magistrate Judge