**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HOWARD JOHNSON INTERNATIONAL, INC., formerly known as HOWARD JOHNSON FRANCHISE SYSTEMS, INC.,

Plaintiff,

vs.

PHYLLIS CODUTO, an individual, DON CODUTO, an individual, and NEIL YUAN, an individual,

Defendants.

Civil Action No.: 00-2586 ADM/RLE

**ORDER FOR JUDGMENT**

Upon the stipulation of counsel

IT IS ORDERED that any and all claims by plaintiff Howard Johnson International, Inc. against defendant Neil Yuan, as well as any and all counterclaims by defendant Neil Yuan against plaintiff Howard Johnson International, Inc. in the above-entitled action be and the same hereby are, dismissed with prejudice, on the merits and without costs or disbursements to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 10th day of June, 2002.

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HOWARD JOHNSON INTERNATIONAL, INC., formerly known as HOWARD JOHNSON FRANCHISE SYSTEMS, INC.,

Plaintiff,

vs.

PHYLLIS CODUTO, an individual, DON CODUTO, an individual, and NEIL YUAN, an individual,

Defendants.

Civil Action No.: 00-2586 ADM/RLE

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The undersigned parties to the above-entitled action hereby stipulate that any and all claims asserted by plaintiff Howard Johnson International, Inc. against defendant Neil Yuan, as well as any and all counterclaims asserted by defendant Neil Yuan against plaintiff Howard Johnson International, Inc. in this action are dismissed with prejudice and on its merits and without costs or disbursements to any party, and it is agreed that either party may forthwith, without notice to the other, apply to the Court pursuant to the provisions of this stipulation for an order directing that judgment be entered forthwith.

Dated this 23 day of May, 2002.

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

By [signature]
Kirk W. Reilly, #153370
Attorneys for Plaintiff
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

Dated this 4 day of June, 2002.

GUNHUS, GRINNELL, KLINGER, SWENSON & GUY, LTD.

By [signature]
Bernard E. Reynolds, #191607
Attorney for Defendant Neil Yuan
215 30th Street North
PO Box 1077
Moorhead, MN 56561-1077
(218) 236-6462

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK