(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 00-2586 ADM/RLE Case Title: Howard Johnson Int'l, Inc. v. Coduto

### Affidavit of Movant

I, Martin A. Carlson ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Kevin P. Brown, an attorney admitted to practice in the Northern District of Illinois ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Don and Phyllis Coduto in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature | 0299650 MN Attorney License # | 5-24-02 Date

### Affidavit of Proposed Admittee

I, Kevin D. Brown, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Kevin D. Brown Type/Print Name | Signature | 6/1/02 Date

Attorney License Number: 6185181
Law Firm Name & Address: Rieck and Crotty, P.C.
55 West Monroe Street, Suite 3390
Chicago, IL 60603-5062
Telephone: (312) 726-4646

Motion Granted:
For the Court: Richard D. Sletten, Clerk

JUN 07 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED JUN 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____