**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

HOWARD JOHNSON INTERNATIONAL, INC., formerly known as HOWARD JOHNSON FRANCHISE SYSTEMS, INC.,

Plaintiff,

vs.

PHYLLIS CODUTO, an individual, DON CODUTO, an individual, and NEIL YUAN, an individual,

Defendants.

---

Civil Action No.: 00-2586 ADM/RLE

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The undersigned parties to the above-entitled action hereby stipulate that any and all cross-claims asserted by defendants Phyllis Caduto or Don Caduto. against defendant Neil Yuan, as well as any and all cross-claims asserted by defendant Neil Yuan against defendants Phyllis Caduto or Don Caduto in this action are dismissed with prejudice and on its merits and without costs or disbursements to any party, and it is agreed that either party may forthwith, without notice to the other, apply to the Court pursuant to the provisions of this stipulation for an order directing that judgment be entered forthwith.

Dated this 24th day of October, 2002.

RIECK and CROTTY, P.C.

By ______________________
Kevin P. Brown, #6185181
55 West Monroe Street-Suite 3390
Chicago, Illinois 60603
(312) 726-4646

Richard A. Lockridge, #64117
Martin A. Carlson, #0299650
100 Washington Avenue South-Suite 2200
Minneapolis, Minnesota 55401-2159
(612) 339-6900

Attorneys for defendants Phyllis and Don Caduto

Dated this 28th day of OCTOBER, 2002.

GUNHUS, GRINNELL, KLINGER, SWENSON & GUY, LTD.

By ______________________
Bernard E. Reynolds, #191607
215 30th Street North
PO Box 1077
Moorhead, MN 56561-1077
(218) 236-6462
Attorneys for defendant Neal Yuan

FILED 11-4-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 11-4-02
DEPUTY CLERK ______

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

HOWARD JOHNSON INTERNATIONAL, INC., formerly known as HOWARD JOHNSON FRANCHISE SYSTEMS, INC.,

Plaintiff,

vs.

PHYLLIS CODUTO, an individual, DON CODUTO, an individual, and NEIL YUAN, an individual,

Defendants.

---

Civil Action No.: 00-2586 ADM/RLE

**ORDER FOR JUDGMENT**

Upon the stipulation of counsel

IT IS ORDERED that any and all cross-claims by defendants Phyllis Caduto or Don Caduto against defendant Neil Yuan, as well as any and all cross-claims by defendant Neil Yuan against defendants Phyllis Caduto or Don Caduto in the above-entitled action be and the same hereby are, dismissed with prejudice, on the merits and without costs or disbursements to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 1st day of November, 2002.

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT